UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE HUNT,<br><br>                              Plaintiff(s),<br><br>v.<br><br>IMPERIAL WINES & LIQUORS, LLC, et al.,<br><br>                              Defendant(s). | 23-cv-7976 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued October 16, 2023, scheduled an initial pretrial conference for November 29, 2023, at 2:30 P.M. EST.  *See* Dkt. No. 8.  That order required the parties to file a joint status letter, attaching a proposed case management plan, by November 22, 2023.  No such letter was filed.

It is hereby **ORDERED** that the parties shall file the required materials as soon as possible and no later than **November 29, 2023.**

It is further **ORDERED** that the initial pretrial conference is **ADJOURNED** to **December 13, 2023, at 11:00 A.M. EST.**  The conference will be telephonic.  The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 414 175 328, followed by the pound sign (#).

SO ORDERED.

Dated: November 27, 2023
       New York, New York

_____
DALE E. HO
United States District Judge