UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE HUNT,<br><br>                    Plaintiff(s),<br><br>v.<br><br>IMPERIAL WINES & LIQUORS, LLC, et al.,<br><br>                    Defendant(s). | 23-cv-7976 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued October 16, 2023, scheduled an initial pretrial conference for November 29, 2023, at 2:30 P.M. EST.  *See* Dkt. No. 8.  That order required the parties to file a joint status letter, attaching a proposed case management plan, by November 22, 2023.  No such letter was filed.  An order issued November 27, 2023, adjourned the deadline to file the required materials to November 29, 2023, and adjourned the initial conference to December 13, 2023, at 11:00 A.M. EST.  *See* Dkt. No. 9.  No such letter was filed.  Defendants have not yet appeared.

It is hereby **ORDERED** that, if the parties have been in communication, they shall file the required materials as soon as possible and no later than **December 1, 2023.**  If Plaintiff has not been in contact with Defendants, Plaintiff shall file a status letter on ECF describing his efforts to provide actual notice of this lawsuit to Defendants and his plan to prosecute this action.

It is further **ORDERED** that Plaintiff shall serve this order on Defendants via Federal Express and file proof of service on ECF by **December 1, 2023.**

Plaintiff is apprised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: November 30, 2023
       New York, New York

                                                                    _____
                                                                    DALE E. HO
                                                                    United States District Judge